1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT FOR THE**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11  | J.E. HIGGINS LUMBER COMPANY, a | ) | 1:10-CV-1760 AWI DLB |

     California corporation,

12                  Plaintiff,

13       v.

14  CORY G. HICKS AND ASSOCIATES,
     INC.; ZACK SMITH, an individual; and

15       DOES 1 through 25, inclusive,

16                  Defendants.

                **ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE**

17

18

19          On December 10, 2010, the parties filed a stipulation of voluntary dismissal with

20  prejudice of this matter pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

21          Rule 41(a)(1)(A), in relevant part, reads:

22          the plaintiff may dismiss an action without a court order by filing: (i) a notice of
     dismissal before the opposing party serves either an answer or a motion for

23          summary judgment; (ii) a stipulated dismissal signed by all parties who have
     appeared.

24

25  Rule 41(a)(1)(A)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

26  answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared,

27  although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills Sav. & Loan

28  Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470, 1472-73 (9th Cir.

1   1986).  Once the stipulation between the parties who have appeared is properly filed or made in

2   open court, no order of the court is necessary to effectuate dismissal.  Fed. R. Civ. Pro.

3   41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.

4       Because the parties have filed a stipulation for dismissal of this case with prejudice under

5   Rule 41(a)(1)(A)(ii) that is signed by all parties who have made an appearance, this case has

6   terminated.  See Fed. R. Civ. Pro. 41(a)(1)(A)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747

7   F.2d at 1189; see also Gambale, 377 F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf.

8   Wilson, 111 F.3d at 692.

9       Therefore, IT IS HEREBY ORDERED that the Clerk of the Court is ordered to close this

10  case in light of the filed and properly signed Rule 41(a)(1)(A)(ii) Stipulation Of Dismissal With

11  Prejudice.

12

13  IT IS SO ORDERED.

14

Dated:     December 14, 2010     _____

15                                CHIEF UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28                                          2